IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Rivera, Manuel | Case Number: 04 B 03882 |
|---|---|---|
| | Rivera, Norma | Judge: Squires, John H |
| | Printed: 7/15/08 | Filed: 2/2/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: June 20, 2008
Confirmed: March 31, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 23,760.00 | |
| Secured: | | 2,277.63 |
| Unsecured: | | 19,539.83 |
| Priority: | | 0.00 |
| Administrative: | | 730.20 |
| Trustee Fee: | | 1,212.34 |
| Other Funds: | | 0.00 |
| Totals: | 23,760.00 | 23,760.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 730.20 | 730.20 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | National City Mortgage Co | Secured | 2,277.63 | 2,277.63 |
| 4. | ECast Settlement Corp | Unsecured | 239.06 | 289.27 |
| 5. | American Express Centurion | Unsecured | 1,728.84 | 2,091.93 |
| 6. | ECast Settlement Corp | Unsecured | 25.45 | 30.79 |
| 7. | US Bank | Unsecured | 1,344.64 | 1,627.06 |
| 8. | Nextel Communications | Unsecured | 202.79 | 245.40 |
| 9. | American Express Centurion | Unsecured | 1,190.03 | 1,439.96 |
| 10. | ECast Settlement Corp | Unsecured | 1,145.41 | 1,385.98 |
| 11. | ECast Settlement Corp | Unsecured | 1,540.51 | 1,864.05 |
| 12. | American Express Travel Relate | Unsecured | 638.69 | 772.82 |
| 13. | RoundUp Funding LLC | Unsecured | 605.78 | 732.92 |
| 14. | ECast Settlement Corp | Unsecured | 547.68 | 662.61 |
| 15. | Resurgent Capital Services | Unsecured | 781.69 | 945.84 |
| 16. | American Express Centurion | Unsecured | 634.71 | 767.99 |
| 17. | RoundUp Funding LLC | Unsecured | 619.04 | 748.97 |
| 18. | Discover Financial Services | Unsecured | 1,026.45 | 1,242.01 |
| 19. | ECast Settlement Corp | Unsecured | 160.35 | 193.95 |
| 20. | American Express Travel Relate | Unsecured | 197.17 | 238.52 |
| 21. | Capital One | Unsecured | 1,047.88 | 1,267.97 |
| 22. | ECast Settlement Corp | Unsecured | 115.48 | 139.71 |
| 23. | ECast Settlement Corp | Unsecured | 2,356.98 | 2,852.08 |
| 24. | Internal Revenue Service | Priority | | No Claim Filed |
| 25. | American Express | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Rivera, Manuel  
Rivera, Norma  
Printed: 7/15/08

Case Number: 04 B 03882  
Judge: Squires, John H  
Filed: 2/2/04

| | | | | |
|---|---|---|---|---|
| 26. | Orthotripsy Svc Of Chicago | Unsecured | | No Claim Filed |
| 27. | Citi Cards | Unsecured | | No Claim Filed |
| 28. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 29. | Home Depot | Unsecured | | No Claim Filed |

$ 19,156.46        $ 22,547.66

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 86.10 |
| 4% | 55.79 |
| 6.5% | 221.53 |
| 3% | 38.04 |
| 5.5% | 199.32 |
| 5% | 40.70 |
| 4.8% | 425.15 |
| 5.4% | 145.71 |

$ 1,212.34

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

